### 32484. WALLER *v.* THE STATE.

TOWNSEND, J. 1. Where a defendant is charged with having driven an automobile at a rate of speed exceeding that fixed by the laws of this State on a named street or highway, evidence that the defendant drove the automobile on other streets or highways than that named in the accusation is insufficient to support a verdict of guilty. In order to be sufficient to convict the defendant, there must be some evidence that he drove the automobile in excess of the speed limit fixed by law on the street or highway named in the accusation. Since the evidence here fails to show that the defendant operated his automobile in excess of 55 miles per hour on Parkway Drive as charged in the accusation, the evidence is insufficient to support the verdict of guilty, and the judgment of the superior court overruling the certiorari is accordingly reversed. See *Nalls* v. *State,* 27 *Ga. App.* 38 (107 S. E. 354).

2. The other assignments of error are either without merit, or specify matters unlikely to recur on another trial. It is therefore deemed unnecessary to pass upon them.

*Judgment reversed. MacIntyre, P. J., and Gardner, J., concur.*

DECIDED MAY 25, 1949.

336

*Wesley R. Asinof,* for plaintiff in error.

*John I. Kelley, Solicitor, Paul Webb, Solicitor-General, William Hall, B. B. Zellars,* contra.